No. 5989. SCHLETTE *v.* CALIFORNIA ADULT AUTHORITY ET AL. C. A. 9th Cir. Certiorari denied.

No. 5990. STEVENSON *v.* WALDRON ET AL. C. A. 2d Cir. Certiorari denied.

No. 5992. ARNOLD *v.* BRANTLEY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 5994. MARTINEZ *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 5995. JELKEN *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 5996. KELLY *v.* BOCKHOLD ET AL. C. A. 2d Cir. Certiorari denied.

No. 5998. WHITE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 6009. ODOM *v.* CITY OF PENSACOLA. Cir. Ct. Fla., Escambia County. Certiorari denied.

No. 6010. ACARINO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 6012. GARZA *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. Reported below: —— S. W. 2d ——.

No. 6014. GAYTON *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 6016. KILBORN *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 603. TABASKO *v.* OHIO. Sup. Ct. Ohio. Motion to dispense with printing petition granted. Certiorari denied.